**Order entered June 29, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00487-CV

**KAREN MISKO, Appellant**

**V.**

**TRACY JOHNS, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01844-2013**

## ORDER

Before the Court is appellant's June 28, 2018 unopposed second motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 16, 2018.

                              /s/      DAVID EVANS
                                       JUSTICE